Case 5:98-cv-01798-DEW-KLH Document 17 Filed 11/22/99 Page 1 of 4 PageID #: 55

U S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

NOV 2 2 1999

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC. | CIVIL ACTION NO. 98-1798 |
| VERSUS | JUDGE WALTER |
| JOHNNY B. ADDISON, ET AL | MAGISTRATE JUDGE HAYES |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Chevron U.S.A. Inc., Plaintiff herein, and Johnny B. Addison, Alternative Fuel Systems, Inc., Auckland Investments, L.L.C., BobMary, L.L.C., Butte Partners, L.L.C., Campbell Capital, L.L.C., Chicano Oil and Gas Co., Centurion Partners, L.L.C., Richard James Crandall, Croft Limited Partnership, Darbex Energy, L.P., A.E. Dean, Jr. M.D., Diamond Capital LL.C., D & S Oil and Gas Operators, Inc., EGN Investments Co., L.L.C., Estess Ventures, II, Ltd., J.H. Haugen, Ltd., Partnership, Kemerton D. Hargrove, Haynesville Production Company, L.L.C., Larry L. Hock, J. Fleet Howell, Gerald L. Horn, Martha E. O'Brien Jones, LW/EW Family Partners, Ltd. #2, Maverick Capital, L.L.C., Meadow Tree Minerals Co. #5, O'Brien Energy Company, Lewis S. Odom, Oxbow Exploration Co., L.L.C., Pleasant Enterprises, L.L.C., Polar Exploration, L.L.C., Michael S. Reed, San Christoval Minerals, L.L.C., Shelby Oil & Gas Company, Arla Fuller Stump, Byron E. Trust, Vista Ventures, L.L.C., Wayne Creek Resources-B, L.L.C., C. Allen Williams, Evelyn Ann Williams and Lacy H. Williams, II (collectively referred to herein as the



"Defendants"), who represent that this matter has been resolved, and therefore the parties respectfully move this Court for an order of dismissal with prejudice.

RESPECTFULLY SUBMITTED,

CARVER, DARDEN, KORETZKY, TESSIER, FINN, BLOSSMAN & AREAUX, L.L.C.
HAMPTON CARVER, Bar No. 3947
M. TAYLOR DARDEN, Bar No. 4546
J.CHRISTOPHER MARTIN, Bar No. #22502
1100 Poydras Street, Suite 2700
New Orleans, Louisiana 70163
(504) 585-3800

_____
ATTORNEYS FOR CHEVRON U.S.A. Inc.


DAVIDSON, NIX & JONES
A Professional Law Corporation
401 Market Street, Suite 700
Shreveport, LA 71101
(318) 424-4342

Ernest L. Nix, Jr., Bar No. 10005
Allison A. Jones, Bar No. 16990 (T.A.)

_____
ATTORNEYS FOR ALL DEFENDANTS EXCEPT HAYNESVILLE PRODUCTION COMPANY, L.L.C. AND D & S OIL AND GAS OPERATORS, INC.

BLANCHARD, WALKER, O'QUIN
& ROBERTS
1400 Bank One Tower
400 Texas Street
Shreveport, LA 71101
(318) 221-6858

William Timothy Allen, III, Bar No. 2417

By: _William Timothy Allen_
ATTORNEYS FOR HAYNESVILLE
PRODUCTION COMPANY, L.L.C.

PETERS, WARD, BRIGHT & HENNESSY
400 Texas Street, Suite 1000
Post Office Box 91
Shreveport, LA 71161-0091
(318) 221-8000

Frank Bright, Bar No. 3463

By: _Frank Bright_
ATTORNEYS FOR D & S OIL AND GAS
OPERATORS, INC.

**RECEIVED**

**NOV 22 1999**


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC. | CIVIL ACTION NO. 98-1798 |
| VERSUS | JUDGE WALTER |
| JOHNNY B. ADDISON, ET AL | MAGISTRATE JUDGE HAYES |

### ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED that this lawsuit be and is hereby dismissed, with prejudice.

Shreveport, Louisiana, this _____ day of November, 1999.

_____
DISTRICT JUDGE

