

RECEIVED
NOV 22 1999
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA



U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
NOV 24 1999
ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC. | CIVIL ACTION NO. 98-1798 |
| VERSUS | JUDGE WALTER |
| JOHNNY B. ADDISON, ET AL | MAGISTRATE JUDGE HAYES |

### ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice;

IT IS HEREBY ORDERED that this lawsuit be and is hereby dismissed, with prejudice.

Shreveport, Louisiana, this 24 day of November, 1999.

_____
DISTRICT JUDGE

COPY SENT:
DATE: 11-26-99
BY: DmN
TO: Darden
    Jones
    Bright
    Allen

